UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **17-20814**

18 U.S.C. § 1956(h)
18 U.S.C. § 982(a)

CR-UNGARO

MAGISTRATE JUDGE
O'SULLIVAN

UNITED STATES OF AMERICA

v.

PEDRO DAVID PEREZ MIRANDA,
    a/k/a "Peter Ferrari,"
    a/k/a "Peter,"
GIAN PIERE PEREZ GUTIERREZ,
    a/k/a "GP,"
PETER DAVIS PEREZ GUTIERREZ,
    a/k/a "Peter Jr.," and
JOSE ESTUARDO MORALES DIAZ,
    a/k/a "Pepe Morales,"

    Defendants.
_____/



FILED by _____ D.C.

NOV 16 2017

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. - MIAMI

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Conspiracy to Commit Money Laundering
### (18 U.S.C. §1956(h))

Beginning in or around May 2012, and continuing through in or around March 2017, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**PEDRO DAVID PEREZ MIRANDA,**
a/k/a "Peter Ferrari,"
a/k/a "Peter,"
**GIAN PIERE PEREZ GUTIERREZ,**
a/k/a "GP,"
**PETER DAVIS PEREZ GUTIERREZ,**
a/k/a "Peter Jr.," and
**JOSE ESTUARDO MORALES DIAZ,**
a/k/a "Pepe Morales,"

did knowingly and willfully combine, conspire, confederate, and agree with SAMER H. BARRAGE, RENATO J. RODRIGUEZ, JUAN P. GRANDA and other persons known and unknown to the Grand Jury, to commit offenses defined in Title 18, United States Code, Sections 1956 and 1957, that is:

 (a) To knowingly transport, transmit and transfer funds from a place in the United States to or through a place outside the United States and to a place in the United States from or through a place outside the United States, with the intent to promote the carrying on of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(2)(A); and

 (b) To knowingly engage, in the United States and as a United States person, in a monetary transaction by, through and to a financial institution, affecting interstate and foreign commerce, in criminally derived property of a value greater than $10,000 such property having been derived from specified unlawful activity, in violation of Title 18, United States Code, Section 1957.

It is further alleged that the specified unlawful activity is:

 (a) The entry of goods by means of false statements, in violation of Title 18, United States Code, Section 542;

 (b) An offense against a foreign nation, that is, the crime of illegal mining against the Republic of Peru, with respect to which the United States would be obligated to by a multilateral treaty, either to extradite the alleged offender or to submit the case for prosecution, if the offender were found within the territory of the United States;

 (c) An offense against a foreign nation, that is, the crime of smuggling against the Republic of Peru, with respect to which the United States would be obligated to by a multilateral

treaty, either to extradite the alleged offender or to submit the case for prosecution, if the offender were found within the territory of the United States;

(d) An offense against a foreign nation involving the manufacture, importation, sale, or distribution of a controlled substance (as such term is defined for the purpose of the Controlled Substances Act); and

(e) An offense against a foreign nation involving bribery of a public official, or the misappropriation, theft, or embezzlement of public funds by or for the benefit of a public official.

All in violation of Title 18, United States Code, Sections 1956(h) and 1956(f).

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging criminal forfeiture to the United States of America of certain property in which the defendant, **PEDRO DAVID PEREZ MIRANDA, a/k/a "Peter Ferrari," a/k/a "Peter," GIAN PIERE PEREZ GUTIERREZ, a/k/a "GP," PETER DAVIS PEREZ GUTIERREZ, a/k/a "Peter Jr.," and JOSE ESTUARDO MORALES DIAZ, a/k/a "Pepe Morales,"** have an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 1956, or conspiracy to commit such violation, the defendant shall forfeit to the United States of America any property, real or personal, involved in such offense, and any property traceable to such property. All pursuant to Title 18, United States Code, Sections 982(a)(1), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____
FOREPERSON

BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY

FRANCISCO R. MADERAL
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

PEDRO DAVID PEREZ MIRANDA,
a/k/a, "Peter Ferrari," et al.,

              Defendants.
_____/

CASE NO. _____

**CERTIFICATE OF TRIAL ATTORNEY\***

**Superseding Case Information:**

**Court Division**: (Select One)

  __X__ Miami   ____ Key West
  ____ FTL   ____ WPB   ____ FTP

New Defendant(s)    Yes ____    No ____
Number of New Defendants    ____
Total number of counts    ____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)    __Yes__
   List language and/or dialect    __Spanish__

4. This case will take __21__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I    0 to 5 days    ____
   - II    6 to 10 days    ____
   - III    11 to 20 days    ____
   - IV    21 to 60 days    __X__
   - V    61 days and over    ____

   (Check only one)
   - Petty    ____
   - Minor    ____
   - Misdem.    ____
   - Felony    __X__

6. Has this case been previously filed in this District Court? (Yes or No)    __No__
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No)    __No__
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No)    __No__

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ____ Yes __X__ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? ____ Yes __X__ No

                                                  */s/ Francisco R. Maderal*
                                                  FRANCISCO R. MADERAL
                                                  ASSISTANT UNITED STATES ATTORNEY
                                                  Florida Bar No./Court No.  0041481

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:**  PEDRO DAVID PEREZ MIRANDA, a/k/a "Peter Ferrari," a/k/a "Peter"

**Case No:** _____

Count #: 1

Conspiracy to Commit Money Laundering

Title 18, United States Code, Section 1956(h)

**\*Max. Penalty:**  20 years' imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:**  GIAN PIERE PEREZ GUTIERREZ, a/k/a "GP"

**Case No:** _____

Count #: 1

Conspiracy to Commit Money Laundering

Title 18, United States Code, Section 1956(h)

*__Max. Penalty:__   20 years' imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** PETER DAVIS PEREZ GUTIERREZ, a/k/a "Peter Jr."

**Case No:** _____

Count #: 1

Conspiracy to Commit Money Laundering

Title 18, United States Code, Section 1956(h)

**\*Max. Penalty:** 20 years' imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** JOSE ESTUARDO MORALES DIAZ, a/k/a "Pepe Morales,"

**Case No:** _____

Count #: 1

Conspiracy to Commit Money Laundering

Title 18, United States Code, Section 1956(h)

**\*Max. Penalty:** 20 years' imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.