AER:jw

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-20814-CR-UNGARO

UNITED STATES OF AMERICA,

        Plaintiff

vs.

PEDRO DAVID PEREZ MIRANDA, et al.,

        Defendant(s)
_____/

## NOTICE OF APPEARANCE

The United States, by and through the undersigned Assistant United States Attorney Adrienne E. Rosen, hereby files this Notice of Appearance as co-counsel for all forfeiture matters on behalf of the Plaintiff, United States of America, in the above-styled case.

Respectfully submitted,

BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY

BY: /s/ *Adrienne E. Rosen*
Adrienne E. Rosen
Assistant United States Attorney
Court Id No. A5502297
99 N.E. 4th Street, 7TH Floor
Miami, Florida 33132-2111
Tel: (305)961-9338
Fax: (305)536-4089
Adrienne.Rosen@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 27, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                /s/ *Adrienne E. Rosen*
                Adrienne E. Rosen
                Assistant United States Attorney