UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-20814-CR-UNGARO

UNITED STATES OF AMERICA

vs.

PEDRO DAVID PEREZ MIRANDA,
    a/k/a "Peter Ferrari,"
    a/k/a "Peter,"
GIAN PIERE PEREZ GUTIERREZ,
    a/k/a "GP,"
PETER DAVIS PEREZ GUTIERREZ,
    a/k/a "Peter Jr.," and
JOSE ESTUARDO MORALES DIAZ,
    a/k/a "Pepe Morales,"

           Defendants.
_____/

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States of America for the Southern District of Florida hereby requests to dismiss without prejudice the Indictment as to all the defendants in the instant matter. The Indictment in this matter was returned in November 2017 and extradition proceedings have been pending since that time. The government has recently learned that the lead defendant in this case, Pedro Perez Miranda, also known as "Peter Ferrari," died. In light of his death and the pendency

1

of the remaining defendants' extraditions, the government respectfully moves to dismiss the Indictment without prejudice.

Respectfully submitted,

*Juan A. Gonzalez* FAUSA, Per 5 USC 3345
_____
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

Leave of Court is granted for the filing of the foregoing Dismissal.   This matter is hereby ordered DISMISSED without prejudice.   The Clerk of Court is directed to close this case.

DATE:   12/15/20                              *Ursula Ungaro*
                                              _____
                                              THE HON. URSULA UNGARO
                                              UNITED STATES DISTRICT COURT JUDGE

cc:   U.S. Attorney (Walter Norkin, AUSA)
      U.S. Marshal
      Chief Probation Officer
      Pretrial Services